No. 80–203. MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. *v.* CURRAN ET AL. C. A. 6th Cir. [Certiorari granted, 451 U. S. 906.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 80–644. G. D. SEARLE & Co. *v.* COHN ET AL. C. A. 3d Cir. [Certiorari granted, 451 U. S. 905.] Motion of Brinco Mining Ltd. for leave to file a brief as *amicus curiae* granted.

No. 80–824. POLK COUNTY ET AL. *v.* DODSON. C. A. 8th Cir. [Certiorari granted, 450 U. S. 963.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 80–848. PIPER AIRCRAFT Co. *v.* REYNO, PERSONAL REPRESENTATIVE OF THE ESTATES OF FEHILLY ET AL.; and

No. 80–883. HARTZELL PROPELLER, INC. *v.* REYNO, PERSONAL REPRESENTATIVE OF THE ESTATES OF FEHILLY ET AL. C. A. 3d Cir. [Certiorari granted, 450 U. S. 909.] Motion of Law Offices of Gerald C. Sterns for leave to file a brief as *amicus curiae* granted.

No. 80–931. CHARLES D. BONANNO LINEN SERVICE, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 1st Cir. [Certiorari granted, 450 U. S. 979.] Motion of the Solicitor General for divided argument granted.

No. 80–951. INDEPENDENT FEDERATION OF FLIGHT ATTENDANTS *v.* TRANS WORLD AIRLINES, INC., ET AL. C. A. 7th Cir. [Certiorari granted, 450 U. S. 979.] Motion of American Federation of Labor and Congress of Industrial Organizations for leave to file a brief as *amicus curiae* granted. JUSTICE STEVENS took no part in the consideration or decision of this motion.